January 18, 1979

402 A.2d 1076

Commonwealth v. Frey, Appellant.

Submitted November 14, 1977. John J. Hudacsek, Jr., and with him, Robert J. Campbell, for appellant; Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

This case was decided prior to the retirement of JACOBS, P. J.

WATKINS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.